## Wilks *et al.* v. Sanford.

APPEAL from Fayette Chancery Court.

Heard before the Hon. THOMAS COBBS.

ARNOLD & EVANS, for appellant.

No counsel marked as appearing for appellee.

The bill in this case was filed by the appellee against the appellants, to have certain deeds of conveyance set aside as fraudulent.

On the submission of the cause on the pleadings and proof, the chancellor decreed that the complainant was entitled to the relief prayed for, and ordered accordingly. From this decree the appeal was taken, but was subsequently dismissed on motion of appellants.

Opinion PER CURIAM.